**Denied and Opinion Filed July 26, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00721-CV

### IN RE LORI LANGE, Relator

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04563-2015**

## MEMORANDUM OPINION
Before Justices Bridges, Myers, and Schenck
Opinion by Justice Bridges

Before the Court is relator's petition for writ of mandamus in which she seeks review of the denial of a motion to quash a deposition on written questions of her primary care physician. The facts and issues are well known to the parties, so we need not recount them here.

To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown she is entitled to the relief requested. *See* Tex. R. App. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

1

We further **ORDER** the clerk of the court to lift the stay granted on June 27, 2016.


/David  Bridges/
DAVID BRIDGES
JUSTICE


160721F.P05